TIONNA CARVALHO (SBN 299010)
tcarvalho@slpattorney.com
emailservices@slpattorney.com
ELIZABETH A. LAROCQUE (SBN 219977)
elarocque@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838

Attorneys for Plaintiff
JESUS A. SANCHEZ

SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Ave.
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS A. SANCHEZ,<br><br>                    Plaintiff,<br><br>       vs.<br><br>FORD MOTOR COMPANY; and<br>DOES 1 through 10, inclusive,<br><br>                    Defendant. | Case No. 3:24-cv-07561-AMO<br><br>**JOINT STATUS REPORT RE ADR**<br><br>State Complaint Filed:  04/10/2024<br>Action Removed: 10/31/2024 |

Pursuant to the Court's Case Management Scheduling Order dated January 17, 2025 (ECF No. 18), Plaintiff JESUS A. SANCHEZ ("Plaintiff"), and Defendant FORD MOTOR COMPANY ("Ford" or "Defendant") (collectively, "the Parties") hereby submit the following Joint Status Report Re ADR.

The Parties conducted an initial mediation session with private mediator grant Woodruff on May 21, 2025.  Despite significant efforts by the Parties, as well as Mr. Woodruff, we were unable to reach a settlement on that date. The Parties remain dutifully engaged in meaningful settlement discussions, including further mediation sessions with Mr. Woodruff, and are hopeful a resolution can be reached in the near future.

Dated: June 6, 2025                    **STRATEGIC LEGAL PRACTICES, APC**
                                       */s/Elizabeth Ann LaRocque*
                                       Elizabeth Ann LaRocque
                                       Attorneys for Plaintiff,
                                       JESUS A. SANCHEZ

Dated: June 6, 2025                    **GORDON REES SCULLY MANSUKHANI, LLP**

                                       */s/ Trina M. Clayton*
                                       Spencer P. Hugret, Esq.
                                       Katherine P. Vilchez
                                       Trina M. Clayton
                                       Attorneys for Defendant
                                       FORD MOTOR COMPANY

- 1 -
JOINT STATUS REPORT RE ADR

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory to this document has concurred in the filing of this document and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 6, 2025                                   By:     */s/ Elizabeth A. Larocque*
                                                              Tionna Carvalho
                                                              Elizabeth A. LaRocque
                                                              Attorneys for Plaintiff
                                                              JESUS A. SANCHEZ

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

### JOINT STATUS REPORT RE ADR

on the interested parties in said case as follows:

### Served Electronically Via the Court's CM/ECF System

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a member of the Bar of this Court. This declaration is executed on June 6, 2025.

 /s/ Elizabeth A. LaRocque
Attorney for Plaintiff
JESUS A. SANCHEZ

1293172/80030479v.1

CERTIFICATE OF SERVICE