# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESUS A. SANCHEZ, | Case No. 3:24-cv-07561-AMO |
| Plaintiff, | Hon. Araceli Martinez-Olguin |
| v. | [~~PROPOSED~~] JUDGMENT |
| FORD MOTOR COMPANY; WALNUT CREEK FORD; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff JESUS A. SANCHEZ ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 4, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $110,000.00 pursuant to the terms of the Rule 68 Offer.

   **IT IS SO ORDERED.**

Date:     5/15/2026

_____
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] JUDGMENT