# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JESUS A. SANCHEZ,
          Plaintiff,

     v.

FORD MOTOR COMPANY; WALNUT CREEK FORD; and DOES 1 through 10, inclusive,

          Defendants.

Case No.: 4:24-cv-07561-AMO

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISIDICTION**

On May 26, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;

2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from May 29, 2026, to July 31, 2026; and

3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  5/27/2026

Hon. Araceli Martínez-Olguin
UNITED STATES DISTRICT JUDGE

-1-